**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:                                                        Case No.1931901
TAMMIE PERKINS                                               Chapter 13
1161 NOREMAC RD
MONTGOMERY, AL 36109


Debtor

---

# Order Releasing Wages

---

   The Income Withholding Order previously issued by the Court to the following employer is hereby
RELEASED:

   ARAMARK CAMPUS LLC
   ATTN PAYROLL
   2400 MARKET ST
   PHILADELPHIA, PA  19103


   The above employer is authorized to pay all future wages to the debtor.

   Done this Wednesday, November 2, 2022.

                                              */s/ Christopher L. Hawkins*
                                              Christopher L. Hawkins
                                              United States Bankruptcy Judge


cc:  Tammie Perkins